# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Stephen J. Donell,

                Plaintiff(s)

        V.                    **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

Randall L. Wells,

                Defendant(s)      **CASE NUMBER:**    11cv0194-JM-NLS

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

that the Motion for Default Judgment is granted in favor of the Receiver and against Defendant Wells in the amount of $31,067.50 plus prejudgment interest in the amount of $15,154.65.

| April 24, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ K. Betancourt |
| | (By) Deputy Clerk |
| | ENTERED ON April 24, 2012 |